STATE ex rel BARON, Respondent, v. POPLEAU, Appellant.

(190 N. W. 881.)

(File No. 5151.   Opinion filed December 12, 1922.)

**Appeal and Error—Briefs—Where No Briefs or Other Papers Filed, Appeal Deemed Abandoned.**

Where the time as extended for filing briefs had elapsed, and no briefs, stipulations, or other papers had been filed, the appeal will be deemed abandoned, and the judgment and order appealed from will be affirmed.

Appeal from Circuit Court, Day County; Hon. B. A. WALTON, Judge.

Action by the State, on the relation of Cora Baron, against Clemens Popleau. Judgment for relator, and defendant appeals. Affirmed.

*Waddell & Dougherty,* and *Lewis W. Bicknell,* all of Webster, for Appellant.

*Woodworth & Coomes,* of Webster, for Respondent.

PER CURIAM. On May 22, 1922, notice of appeal was filed in this court in the above-entitled action. By stipulation filed the time for serving and filing appellant's brief was extended to August 16, 1922. Since that date no briefs, stipulations, or other papers have been filed by appellant.

Appellant being in default, the appeal will be deemed abandoned and the judgment and order appealed from will be affirmed.

Note—Reported in 190 N. W. 881.   See American Key-Numbered Digest, Appeal and Error, Key-No. 773(4), 3 C. J. Sec. 1607.